**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARLOS ENRIQUE CURIEL-GONZALEZ,

Petitioner,

v. Case No. 3:26-cv-2247-WWB-LLL

WARDEN, BAKER CORRECTIONAL INSTITUTION, et al.,

Respondents.

---

**ORDER**

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and two emergency motions for stay of removal, temporary restraining order, and preliminary injunction ("**Motions for TRO**") (Doc. Nos. 7, 11). In both the Petition and Motions for TRO, Petitioner requests, *inter alia*, that the Court stay Petitioner's removal and restrain transfer out of this District. (Doc. 1 at 65; Doc. 7 at 22; Doc. 11 at 10–11). The Court still retains jurisdiction over the Petition even if Petitioner has been removed from the Middle District of Florida. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release."). Further, this Court does not have jurisdiction to stay Petitioner's removal. *See* 8 U.S.C. § 1252(g). Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir.

1983). Here, Petitioner essentially seeks to obtain the affirmative relief sought in the Petition on an expedited basis, rather than preserve the status quo. Therefore, Petitioner's Motions for TRO (Doc. Nos. 7, 11) are **DENIED without prejudice**.

Respondents must file a notice if Petitioner is removed from the United States or otherwise released from custody, within **3 days** of Petitioner's change in custody.

**DONE AND ORDERED** in Jacksonville, Florida, on October 9, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 10/9
c:
Counsel of Record